# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:07-mj-180-PAL |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL AND QUASHING WARRANT |
| GREGORY M. WHRITENOUR, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:07-mj-180-PAL on Gregory M. Whritenour.

DATED this  5th  day of November, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  10th  day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1